SUSAN PRINGLE, Respondent, *v.* EDENWALD REALTY CORP. et al., Defendants, and FRANK J. NARDOZZI et al., Appellants.

Submitted February 24, 1941; decided March 4, 1941.

*Leo E. Sherman* for motion.

*Charles Korn* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action. (*Leary* v. *Lipkind,* 253 N. Y. 534; *Van Arsdale* v. *King,* 155 N. Y. 325.)